UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD ETHIER,

    Plaintiff,

v.                                        Case No: 8:16-cv-3159-T-36TGW

SEVEN-ONE-SEVEN PARKING
MANAGEMENT SERVICES, INC.,
JASON ACCARDI and JOHN ACCARDI,

    Defendants.
_____/

## **O R D E R**

Before the Court is the Joint Motion for Dismissal of Action with Prejudice and Memorandum of Law (Doc. 14). In accord with the Joint Motion for Dismissal of Action with Prejudice and Memorandum of Law, it is **ORDERED AND ADJUDGED** as follows:

1)     The Joint Motion for Dismissal of Action with Prejudice and Memorandum of Law is **GRANTED** (Doc. 14).

2)     This cause is dismissed, with prejudice. Accept as otherwise agreed, each party shall bear its own costs and attorneys' fees.

3)     The Court declines to retain jurisdiction over this matter.

4)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on March 2, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

2

**COPIES FURNISHED TO**:

Counsel of Record